IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ABNER CLARK MACKEY, | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden ALEXIS CHASE, *et al.*, | : | NO. 7:06-cv-12(HL) |
| Defendants | : | **O R D E R** |

On August 29, 2005, plaintiff **ABNER CLARK MACKEY** filed a *pro se* document entitled "Leave to Amend - In Order to Add Defendants and to more Accurately Comply with F.R.C.P. 8," in civil action number 7:98-cv-93(CAR). On January 25, 2006, Judge C. Ashley Royal denied plaintiff's motion to amend and directed that it be refiled as a new action. Upon review of plaintiff's newly converted lawsuit, the undersigned found that plaintiff had more than three previous lawsuits dismissed as frivolous under 28 U.S.C. § 1915(g), and informed plaintiff that unless he paid the entire $250.00 filing fee within twenty days, his new case would be dismissed. Plaintiff responded by filing a "Motion to Dismiss without Prejudice" (Tab # 6).

Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff has the absolute right to dismiss his action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Because no defendant has filed an answer or other responsive pleading in this case, plaintiff may dismiss his case. Accordingly, plaintiff's motion is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED**

**WITHOUT PREJUDICE**.

      **SO ORDERED**, this 15th day of February, 2006.

                                        **s/   Hugh Lawson**
                                        HUGH LAWSON
                                        UNITED STATES DISTRICT COURT

cr